KEVIN V. RYAN (SBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

PATRICIA J. KENNEY (SBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>$44,850 IN UNITED STATES CURRENCY,<br><br>                Defendant. | C 04-5207 PJH<br><br>FINAL JUDGMENT OF FORFEITURE AND ORDER OF DISMISSAL |

       Based on the Settlement Agreement and Order of Dismissal, the Court finds sufficient evidence to establish forfeiture of Defendant $42,850.00 in United States Currency under 21 U.S.C. § 881(a)(6). Accordingly, it is by the Court on this 14th day of July, 2005,

       ORDERED, ADJUDGED AND DECREED that Defendant $42,850 in United States Currency shall be, and hereby is, forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), without further notice to Claimant Jose A. Murguia, Jr.

       IT IS FURTHER ORDERED that the remaining $2000 of defendant shall be returned to Claimant Jose A Murguia, Jr., by check made payable both to Claimant and his attorney, Joseph

1 Mockus, and delivered to his attorney, Joseph Mockus, Garcia, Schnayerson & Mockus, 225
2 West Winton Avenue, Suite 208, Hayward, CA 94544. Such payment shall be in full settlement
3 and satisfaction of any and all claims by Jose A. Murguia, Jr., his heirs, representatives and
4 assignees to Defendant $44,850.
5     IT IS FURTHER ORDERED THAT Claimant Jose A. Murguia, Jr., shall hold harmless
6 the United States, including its agents, officers, representatives and employees, as well as any
7 and all state and local law enforcement officials, for any and all acts directly or indirectly related
8 to the seizure and forfeiture of Defendant $44,850.
9     IT IS FURTHER ORDERED THAT each party shall pay its own attorneys' fees and
10 costs.
11     IT IS FURTHER ORDERED THAT the United States Marshals Service, or other
12 authorized representative of the United States, shall dispose of the forfeited property in
13 accordance with law.
14     IT IS FURTHER ORDERED THAT the instant case be, and hereby is, DISMISSED.

HONORABLE PHYLLIS J. HAMILTON

Approved as to form:

JOSEPH MOCKUS
Attorney for Claimant

28 Final Judgment of Forfeiture
And Order of Dismissal
No. 04-5207

2